# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138689 & (21)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DEBORAH L. ARNOLD and
FREDERICK E. ARNOLD,
         Plaintiffs-Appellees,

v

SC: 138689
COA: 288456
Oakland CC: 2006-075278-CK

FARM BUREAU GENERAL INSURANCE
COMPANY and FARM BUREAU MUTUAL
INSURANCE COMPANY,
         Defendants-Appellants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. Trial court proceedings are stayed pending the completion of this appeal. The application for leave to appeal the March 20, 2009 order of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

p0527